JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00410-DOC (JDEx) | Date: April 24, 2020 |

Title: Ali Jenabzadeh v. Jaguar Land Rover North America, LLC.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING MOTION TO REMAND AS UNOPPOSED [8]**

Plaintiff Ali Jenabzadeh filed a Motion to Remand ('Motion") in the action on April 03, 2020. Dkt. 8. No timely opposition was filed. Therefore, the Court **GRANTS** Plaintiff's Motion and **REMANDS** the action to Orange County Superior Court.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                            Initials of Deputy Clerk: kd
CIVIL-GEN